# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00060-CV

**Nadeau Painting Specialist, Ltd., Appellant**

**v.**

**Dalcor Property Management, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 286455, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

Because I agree with the majority opinion that the evidence is legally and factually sufficient to support the trial court's findings, and the trial court did not abuse its discretion in granting appellee Dalcor Property Management, Inc.'s trial amendment, I concur in the judgment.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:   July 18, 2008